# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MINKUS ELECTRONIC DISPLAY SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAPTIVE MICRO SYSTEMS LLC, ADVANCE DISPLAY TECHNOLOGIES, INC., ADTI MEDIA LLC, AMI ENTERTAINMENT NETWORK, INC., ARISTOCRAT LEISURE LTD., ARISTOCRAT TECHNOLOGIES, INC., AUTOCOMM, INC., BARCO, N.V., BARCO, INC., BARCO FEDERAL SYSTEMS, LLC, BROADSIGN INTERNATIONAL, INC., C-NARIO, LTD., C-NARIO, INC., CAPTIVATE NETWORK, INC., CAYIN TECHNOLOGY CO., LTD., D3 LED, LLC, DYNAMAX TECHNOLOGIES LTD., E-CAST, INC., HELIUS, LLC, JCDECAUX NORTH AMERICA, INC., JCDECAUX SA, LAMAR ADVERTISING CO., LAMAR MEDIA CORP., LSI INDUSTRIES, INC., THE MEDIATILE CO., MONSTER MEDIA, LLC, OMNIVEX CORP., OPTO TECH CORP., PLANAR SYSTEMS, INC., PREMIER RETAIL NETWORKS, INC., SCALA, INC., STRATACACHE, INC., TIROMEDIA, LLC, TITAN OUTDOOR HOLDINGS, INC., TRANS-LUX CORP., TRANS-LUX MIDWEST CORP., TRANS-LUX COMMERCIAL, WIRESPRING TECHNOLOGIES, INC., YCD MULTIMEDIA, INC., <br><br> Defendants. | C.A. No. 10-666-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN THAT plaintiff Minkus Electronic Display Systems Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses defendant Helius, LLC without prejudice.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Sean C. Cunningham | |
| John D. Kinton | By: /s/ David E. Moore |
| Brian M. Fogarty | Richard L. Horwitz (#2246) |
| Erin P. Gibson | David E. Moore (#3983) |
| Tiffany C. Miller | Hercules Plaza, 6th Floor |
| Megan M. McCarthy | 1313 N. Market Street |
| DLA PIPER LLP (US) | Wilmington, DE 19801 |
| 401 B Street, Suite 1700 | Tel: (302) 984-6000 |
| San Diego, CA 92101-4297 | rhorwitz@potteranderson.com |
| Tel: (619) 699-2900 | dmoore@potteranderson.com |
| Dated: September 7, 2010 | *Attorneys for Plaintiff* |
| 981141 / 35908 | *Minkus Electronic Display Systems Inc.* |