**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MINKUS ELECTRONIC DISPLAY SYSTEMS INC.,

Plaintiff,

v.

ADAPTIVE MICRO SYSTEMS LLC, ADVANCE DISPLAY TECHNOLOGIES, INC., ADTI MEDIA LLC, AMI ENTERTAINMENT NETWORK, INC., ARISTOCRAT LEISURE LTD., ARISTOCRAT TECHNOLOGIES, INC., AUTOCOMM, INC., BARCO, N.V., BARCO, INC., BARCO FEDERAL SYSTEMS, LLC, BROADSIGN INTERNATIONAL, INC., C-NARIO, LTD., C-NARIO, INC., CAPTIVATE NETWORK, INC., CAYIN TECHNOLOGY CO., LTD., D3 LED, LLC, DYNAMAX TECHNOLOGIES LTD., E-CAST, INC., JCDECAUX NORTH AMERICA, INC., LAMAR ADVERTISING CO., LAMAR MEDIA CORP., LSI INDUSTRIES, INC., THE MEDIA TILE CO., MONSTER MEDIA, LLC, OMNIVEX CORP., OPTO TECH CORP., PLANAR SYSTEMS, INC., PREMIER RETAIL NETWORKS, INC., SCALA, INC., STRATACACHE, INC., TIROMEDIA, LLC, TITAN OUTDOOR HOLDINGS, INC., TRANS-LUX CORP., TRANS-LUX MIDWEST CORP., TRANS-LUX COMMERCIAL, WIRESPRING TECHNOLOGIES, INC., YCD MULTIMEDIA, INC., 3M COMPANY, 3M DIGITAL SIGNAGE, ACTIVISION TV, INC., CS SOFTWARE HOLDINGS, LLC, ENQII HOLDINGS INC., ENQII (US) INC., NANONATION INC., REMOTE MEDIA GROUP, RICHARDSON ELECTRONICS, LTD., RYARC MEDIA SYSTEMS; TEK PANEL, INC., ZOOM MEDIA INC., ZOOM MEDIA CORP.

Defendants.

C.A. No. 10-666-SLR

**JURY TRIAL DEMANDED**

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN THAT plaintiff Minkus Electronic Display Systems Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses defendant Ryarc Media Systems without prejudice.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Minkus Electronic Display Systems Inc.*

OF COUNSEL:

Sean C. Cunningham
John D. Kinton
Brian M. Fogarty
Erin P. Gibson
Tiffany C. Miller
Megan M. McCarthy
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2900

Dated: October 20, 2010
986715 / 35908