IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINKUS ELECTRONIC DISPLAY SYSTEMS INC., | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 10-666-SLR |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ADAPTIVE MICRO SYSTEMS LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Minkus Electronic Display Systems Inc. ("Minkus EDS") and Defendant Advance Display Technologies, Inc. ("ADT"), through their respective counsel, hereby jointly move and stipulate to dismiss without prejudice all claims asserted by Minkus EDS against ADT. Minkus EDS and ADT further jointly move and stipulate that they shall each bear their own attorneys' fees, expenses and costs.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: */s/ Anne Shea Gaza*<br>Anne Shea Gaza (#4093)<br>Stephen M. Ferguson (#5167)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>gaza@rlf.com<br>ferguson@rlf.com |
| *Attorneys for Plaintiff*<br>*Minkus Electronic Display Systems Inc.* | *Attorneys for Defendant*<br>*Advance Display Technologies, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2011.

_____
Hon. Sue L. Robinson
United States District Judge

998282/35908

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 24, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 24, 2011, the attached document was Electronically Mailed to the following person(s):

Adam Balick
Melony Anderson
Balick & Balick LLC
711 King Street
Wilmington, DE 19801
abalick@balick.com
manderson@balick.com
*Attorneys for Activision TV, Inc.*

Edward K. Welch, II
IP&L Solutions
2335 Tamiami Tr. N., Suite 307
Naples, FL 34103
welched@comcast.net
*Attorneys for Activision TV, Inc.*

Anne Shea Gaza, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
gaza@rlf.com
*Attorneys for Advance Display Technologies, Inc. and ADTI Media LLC*

Jean Dudek Kuelper
Sandra A. Frantzen
Stephanie F. Samz
McAndrews, Held & Malloy, Ltd.
500 West Madison, 34th Floor
Chicago, IL 60661
jkuepler@mcandrews-ip.com
sfrantzen@mcandrews-ip.com
ssamz@mcandrews-ip.com
*Attorneys for Advance Display Technologies, Inc. and ADTI Media LLC*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Adaptive Micro Systems LLC and Autocomm, Inc.*

Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
*Attorneys for AMI Entertainment Network, Inc., Aristocrat Leisure Ltd., Aristocrat Technologies, Inc. and Omnivex Corporation*

Lawrence M. Jarvis
McAndrews Held & Malloy LTD.
500 West Madison Street, 34th floor
Chicago, Illinois 60661
ljarvis@mcandrews-ip.com
*Attorneys for Aristocrat Leisure Ltd. and Aristocrat Technologies, Inc.*

Brian M. Berliner
Joy Y. Chow
O'Merveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90017
bberliner@omm.com
jchow@omm.com
*Attorneys for C-nario, Inc. and C-nario, Ltd.*

Linda E.B. Hansen
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
lhansen@foley.com
*Attorneys for Adaptive Micro Systems LLC and Autocomm, Inc.*

Charles W. Saber
Thomas D. Anderson
Dickstein Shapiro LLP
1825 Eye Street N.W.
Washington, DC 20006
saberc@dicksteinshapiro.com
andersont@dicksteinshapiro.com
*Attorneys for AMI Entertainment Network, Inc.*

Frederick L. Cottrell III
Elizabeth R. He
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
he@rlf.com
*Attorneys for C-nario, Inc. and C-nario, Ltd.*

Donald J. Detweiler
Gregory E. Stuhlman
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
detweilerd@gtlaw.com
stuhlmang@gtlaw.com
*Attorneys for CS Software Holdings, LLC, JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.*

2

Scott J. Bornstein
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
bornsteins@gtlaw.com
*Attorneys for CS Software Holdings, LLC,
JCDecaux North America, Inc., Monster
Media, LLC and YCD Multimedia, Inc.*

Francis DiGiovanni
Chad S.C. Stover
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
fdigiovanni@cblh.com
cstover@cblh.com
*Attorneys for Barco N.V., Barco, Inc. and
Barco Federal Systems, LLC*

George Pazuniak
RatnerPrestia
1007 N. Orange Street, Suite 1000
Wilmington, DE 19899
gpazuniak@ratnerprestia.com
*Attorneys for D3 LED, LLC*

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for WireSpring Technologies, Inc.*

David M. Joyal
Greenberg Traurig LLP
200 Park Avenue, PO Box 677
Florham Park, NJ 07932-0677
joyald@gtlaw.com
*Attorneys for CS Software Holdings, LLC,
JCDecaux North America, Inc., Monster
Media, LLC and YCD Multimedia, Inc.*

Daniel J. O'Connor
Edward K. Runyan
Daniel A. Tallitsch
Baker & Mckenzie LLP
130 East Randolph Drive
Chicago, IL 60601
Daniel.oconnor@bakermckenzie.com
Edward.Runyan@Bakermckenzie.com
Daniel.Tallitsch@bakermckenzie.com
*Attorneys for Barco N.V., Barco, Inc. and
Barco Federal Systems, LLC*

Antoinette M. Tease, P.L.L.C.
PO Box 51016
Billings, MT 59105
1633 Main St., Ste. A-348
toni@teaselaw.com
*Attorneys for D3 LED, LLC*

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
*Attorneys for E-Cast, Inc.*

Matthew J. Brigham
Cooley LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
mbrigham@cooley.com
*Attorneys for E-Cast, Inc.*

Richard Frenkel
Terry Kearney
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA
rfrenkel@wsgr.com
tkearney@wsgr.com
*Attorneys for Lamar Advertising Company and Lamar Media Corporation*

Neal C. Belgam
Proctor Heyman LLP
1116 West Street
Wilmington, Delaware 19801
nbelgam@proctorheyman.net
*Attorneys for LSI Industries, Inc., and Zoom Media Corp.*

Lawrence J. Crain
Gavin J. O'Keefe
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
(312) 987-4009
lcrain@gbclaw.net
gokeefe@gbclaw.net
*Attorneys for Omnivex Corporation*

John W. Shaw
Jefferey T. Castellano
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jshaw@ycst.com
jcastellano@ycst.com
*Attorneys for Lamar Advertising Company and Lamar Media Corporation*

Veronica S. Ascarrunz
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW, Fifth Floor
Washington, DC 20006
vascarrunz@wsgr.com
*Attorneys for Lamar Advertising Company and Lamar Media Corporation*

Julie J. Han
G. Ross Allen
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301-1431
jjhan@townsend.com
grallen@townsend.com
*Attorneys for The Media Tile Company*

Steven T. Lovett
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
stlovett@stoel.com
*Attorneys for Planar Systems, Inc.*

Joseph H. Huston, Jr.
Stevens & Lee, P.C
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 425-3310
jhh@stevenslee.com
*Attorneys for Premier Retail Networks, Inc.*

David A. Mancino
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
dmancino@bakerlaw.com
*Attorneys for Premier Retail Networks, Inc.*

Kregg Brooks
Anthony Nimmo
Ice Miller LLP
200 W. Madison Street
Suite 3500
Chicago, IL 60606-3417
kregg.brooks@icemiller.com
Anthony.nimmo@icemiller.com
*Attorneys for Richardson Electronics, Ltd.*

Kevin Flannery
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
kevin.flannery@dechert.com
*Attorneys for Scala, Inc.*

James D. Liles
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202-5118
jliles@porterwright.com
*Attorneys for Stratacache, Inc.*

Richard M. Knoth
Michael J. Montgomery
Baker & Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
rknoth@bakerlaw.com
mmontgomery@bakerlaw.com
*Attorneys for Premier Retail Networks, Inc.*

Elizabeth M. McGeever
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE 19899
emmcgeever@prickett.com
jcathey@prickett.com
*Attorneys for Richardson Electronics, Ltd.*

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899-1347
klouden@mnat.com
*Attorneys for Scala, Inc.*

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
*Attorneys for Stratacache, Inc.*

Joseph J. Jacobi
McDonald Hopkins LLC
300 North LaSalle Street, Suite 2100
Chicago, IL 60654
jjacobi@mcdonaldhopkins.com
*Attorneys for Tek Panel, Inc.*

5

Robert K. Pearce
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
Wilmington, DE 19899
rpearce@ferryjoseph.com
*Attorneys for TiroMedia, LLC*

David B. Newman
Day Pitney LLP
7 Times Square
New York, New York 10036
dnewman@daypitney.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

Herbert W. Mondros
James E. Huggett
Margolis Edelstein
750 Shipyard Drive
Wilmington, DE 19801
jhuggett@margolisedelstein.com
hmondros@margolisedelstein.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

John F. Rabena
Shahrzad Poormosleh
Sughrue Mion PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, DC 20037-3213
jrabena@sughrue.com
spoormosleh@sughrue.com
*Attorneys for Zoom Media Corp.*

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

986812/35908