# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MINKUS ELECTRONIC DISPLAY SYSTEMS INC., | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 10-666-SLR |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ADAPTIVE MICRO SYSTEMS LLC, et al., | ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH RESPECT TO ADTI MEDIA, LLC WITH PREJUDICE

Plaintiff Minkus Electronic Display Systems Inc. ("Minkus") and Defendant ADTI Media, LLC ("ADTI Media"), through their respective counsel, respectfully stipulate to the dismissal with prejudice of all claims asserted by Minkus against ADTI Media in this case. Minkus and ADTI Media also stipulate to the dismissal with prejudice of all counterclaims asserted by ADTI Media against Minkus in this case. Minkus and ADTI Media further stipulate that they shall each bear their own Attorneys' fees, expenses and costs associated with the aforementioned claims.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | By: */s/ Anne Shea Gaza* <br> Anne Shea Gaza (#4093) <br> Stephen M. Ferguson (#5167) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19801 <br> Tel: (302) 651-7700 <br> gaza@rlf.com <br> ferguson@rlf.com |
| *Attorneys for Plaintiff* <br> *Minkus Electronic Display Systems Inc.* | *Attorneys for Defendant ADTI Media, LLC* |

OF COUNSEL:

Sean C. Cunningham
John D. Kinton
Jesse Hindman
Erin P. Gibson
Tiffany C. Miller
Megan M. McCarthy
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2900

OF COUNSEL:

Jean Dudek Kuelper
Sandra A. Frantzen
Stephanie F. Samz
McANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street
34th Floor
Chicago, Illinois 60661
Tel: (312) 775-8000

IT IS SO ORDERED this ____ day of _____, 2011.

_____
Hon. Sue L. Robinson
United States District Judge

1013162/35908

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on May 17, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 17, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Anne Shea Gaza, Esq. | Jean Dudek Kuelper |
| Richards, Layton & Finger, PA | Sandra A. Frantzen |
| One Rodney Square | Stephanie F. Samz |
| 920 North King Street | McAndrews, Held & Malloy, Ltd. |
| Wilmington, DE 19801 | 500 West Madison, 34th Floor |
| gaza@rlf.com | Chicago, IL 60661 |
| *Attorneys for ADTI Media LLC* | jkuelper@mcandrews-ip.com |
| | sfrantzen@mcandrews-ip.com |
| | ssamz@mcandrews-ip.com |
| | *Attorneys for ADTI Media LLC* |
| | |
| John G. Day | Linda E.B. Hansen |
| Tiffany Geyer Lydon | Rebecca J. Pirozzolo-Mellowes |
| Andrew C. Mayo | Foley & Lardner LLP |
| Ashby & Geddes | 777 East Wisconsin Avenue |
| 500 Delaware Avenue, 8th Floor | Milwaukee, WI 53202-5306 |
| Wilmington, DE 19899 | lhansen@foley.com |
| jday@ashby-geddes.com | jpirozzolo-mellowes@foley.com |
| tlydon@ashby-geddes.com | *Attorneys for Adaptive Micro Systems LLC* |
| amayo@ashby-geddes.com | *and Autocomm, Inc.* |
| *Attorneys for Adaptive Micro Systems LLC,* | |
| *Autocomm, Inc., and The MediaTile Company* | |

Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
*Attorneys for AMI Entertainment Network, Inc., Aristocrat Leisure Ltd., Aristocrat Technologies, Inc. and Omnivex Corporation*

Charles W. Saber
Thomas D. Anderson
Dickstein Shapiro LLP
1825 Eye Street N.W.
Washington, DC 20006
saberc@dicksteinshapiro.com
andersont@dicksteinshapiro.com
*Attorneys for AMI Entertainment Network, Inc.*

Lawrence M. Jarvis
McAndrews Held & Malloy LTD.
500 West Madison Street, 34th floor
Chicago, Illinois 60661
ljarvis@mcandrews-ip.com
*Attorneys for Aristocrat Leisure Ltd. and Aristocrat Technologies, Inc.*

Frederick L. Cottrell III
Elizabeth R. He
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
he@rlf.com
*Attorneys for C-nario, Inc. and C-nario, Ltd.*

Brian M. Berliner
Joy Y. Chow
O'Merveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90017
bberliner@omm.com
jchow@omm.com
*Attorneys for C-nario, Inc. and C-nario, Ltd.*

Gregory E. Stuhlman
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
stuhlmang@gtlaw.com
*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.*

Scott J. Bornstein
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
bornsteins@gtlaw.com
*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.*

David M. Joyal
Greenberg Traurig LLP
200 Park Avenue, PO Box 677
Florham Park, NJ 07932-0677
joyald@gtlaw.com
*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.*

Francis DiGiovanni
Chad S.C. Stover
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
fdigiovanni@cblh.com
cstover@cblh.com
*Attorneys for Barco N.V., Barco, Inc., and Barco Federal Systems, LLC*

Daniel J. O'Connor
Edward K. Runyan
Daniel A. Tallitsch
Baker & Mckenzie LLP
130 East Randolph Drive
Chicago, IL 60601
Daniel.oconnor@bakermckenzie.com
Edward.Runyan@Bakermckenzie.com
Daniel.Tallitsch@bakermckenzie.com
*Attorneys for Barco N.V., Barco, Inc. and Barco Federal Systems, LLC*

George Pazuniak
RatnerPrestia
1007 N. Orange Street, Suite 1000
Wilmington, DE 19899
gpazuniak@ratnerprestia.com
*Attorneys for D3 LED, LLC*

Antoinette M. Tease, P.L.L.C.
PO Box 51016
Billings, MT 59105
1633 Main St., Ste. A-348
toni@teaselaw.com
*Attorneys for D3 LED, LLC*

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899-1347
tgrimm@mnat.com
*Attorneys for E-Cast, Inc. and Stratacache, Inc.*

Matthew J. Brigham
Cooley LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
mbrigham@cooley.com
*Attorneys for E-Cast, Inc.*

John W. Shaw
Jefferey T. Castellano
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jshaw@ycst.com
jcastellano@ycst.com
*Attorneys for Lamar Advertising Company and Lamar Media Corporation*

Richard Frenkel
Terry Kearney
Melissa A. Kopacz
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
rick.frenkel@lw.com
terry.kearney@lw.com
Melissa.Kopacz@lw.com
*Attorneys for Lamar Advertising Company and Lamar Media Corporation*

Julie J. Han
G. Ross Allen
Kilpatrick Townsend & Stockton LLP
379 Lytton Avenue
Palo Alto, CA  94301-1431
jhan@kilpatricktownsend.com
grallen@kilpatricktownsend.com
*Attorneys for The MediaTile Company*

Mairi D. Lough
Dutro E. Campbell II
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
Mairi.lough@huschblackwell.com
Bruce.campbell@huschblackwell.com
*Attorneys for Nanonation Inc.*

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
dreid@mnat.com
*Attorneys for Planar Systems, Inc.*

Joseph H. Huston, Jr.
Stevens & Lee, P.C
1105 N. Market Street, 7th Floor
Wilmington, DE  19801
jhh@stevenslee.com
*Attorneys for Premier Retail Networks, Inc.*

David A. Mancino
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH  45202-4074
dmancino@bakerlaw.com
*Attorneys for Premier Retail Networks, Inc.*

John C. Phillips, Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806
jcp@pgslaw.com
mch@pgslaw.com
*Attorneys for Nanonation Inc.*

Lawrence J. Crain
Gavin J. O'Keefe
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr., Suite 2500
Chicago, IL  60606
lcrain@gbclaw.net
gokeefe@gbclaw.net
*Attorneys for Omnivex Corporation*

Steven T. Lovett
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
stlovett@stoel.com
*Attorneys for Planar Systems, Inc.*

Richard M. Knoth
Michael J. Montgomery
Baker & Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH  44114-3482
rknoth@bakerlaw.com
mmontgomery@bakerlaw.com
*Attorneys for Premier Retail Networks, Inc.*

Elizabeth M. McGeever
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE  19899
emmcgeever@prickett.com
jcathey@prickett.com
*Attorneys for Richardson Electronics, Ltd.*

Kregg Brooks
Anthony Nimmo
Ice Miller LLP
200 W. Madison Street, Suite 3500
Chicago, IL  60606-3417
kregg.brooks@icemiller.com
Anthony.nimmo@icemiller.com
*Attorneys for Richardson Electronics, Ltd.*

Kevin Flannery
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
kevin.flannery@dechert.com
*Attorneys for Scala, Inc.*

Arthur G. Connlly, III
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19899
aconnollyIII@cblh.com
*Attorneys for Tek Panel, Inc.*

Herbert W. Mondros
James E. Huggett
Margolis Edelstein
750 Shipyard Drive
Wilmington, DE  19801
jhuggett@margolisedelstein.com
hmondros@margolisedelstein.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

Neal C. Belgam
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
nbelgam@proctorheyman.com
*Attorneys for Zoom Media Corp.*

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899-1347
klouden@mnat.com
*Attorneys for Scala, Inc.*

James D. Liles
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH  45202-5118
jliles@porterwright.com
*Attorneys for Stratacache, Inc.*

Joseph J. Jacobi
McDonald Hopkins LLC
300 North LaSalle Street, Suite 2100
Chicago, IL  60654
jjacobi@mcdonaldhopkins.com
*Attorneys for Tek Panel, Inc.*

David B. Newman
Day Pitney LLP
7 Times Square
New York, New York 10036
dnewman@daypitney.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

John F. Rabena
Shahrzad Poormosleh
Sughrue Mion PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, DC  20037-3213
jrabena@sughrue.com
spoormosleh@sughrue.com
*Attorneys for Zoom Media Corp.*

|  |  |
|---|---|
| By: | */s/ David E. Moore* |
|  | Richard L. Horwitz |
|  | David E. Moore |
|  | POTTER ANDERSON & CORROON LLP |
|  | Tel: (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |

986812/35908

6