**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MINKUS ELECTRONIC DISPLAY SYSTEMS INC., | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 10-666-SLR |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ADAPTIVE MICRO SYSTEMS LLC, et al., | ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS**
**WITH RESPECT TO D3 LED, LLC WITH PREJUDICE**

Plaintiff Minkus Electronic Display Systems Inc. ("Minkus") and Defendant D3 LED, LLC ("D3 LED"), through their respective counsel, respectfully stipulate to the dismissal with prejudice of all claims asserted by Minkus against D3 LED in this case. Minkus and D3 LED also stipulate to the dismissal with prejudice of all counterclaims asserted by D3 LED against Minkus in this case. Minkus and D3 LED further stipulate that they shall each bear their own Attorneys' fees, expenses and costs associated with the aforementioned claims.

| POTTER ANDERSON & CORROON LLP | RATNERPRESTIA |
|---|---|
| By: /s/ David E. Moore | By: /s/ George Pazuniak |
| Richard L. Horwitz (#2246) | George Pazuniak (#478) |
| David E. Moore (#3983) | 1007 N. Orange Street, Suite 1000 |
| Hercules Plaza, 6th Floor | P.O. Box 1100 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | Tel: (302) 778-3471 |
| Tel: (302) 984-6000 | gpazuniak@ratnerprestia.com |
| rhorwitz@potteranderson.com | |
| dmoore@potteranderson.com | *Attorney for Defendant D3 LED LLC* |

*Attorneys for Plaintiff*
*Minkus Electronic Display Systems Inc.*

IT IS SO ORDERED this \_\_\_\_ day of _____, 2011.

                _____
                Hon. Sue L. Robinson
                United States District Judge

1015748/35908

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 8, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 8, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Adaptive Micro Systems LLC,*<br>*Autocomm, Inc., and The MediaTile Company* | Linda E.B. Hansen<br>Rebecca J. Pirozzolo-Mellowes<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306<br>lhansen@foley.com<br>jpirozzolo-mellowes@foley.com<br>*Attorneys for Adaptive Micro Systems LLC*<br>*and Autocomm, Inc.* |
| Kenneth L. Dorsney<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>kdorsney@morrisjames.com<br>*Attorneys for AMI Entertainment Network,*<br>*Inc., Aristocrat Leisure Ltd., Aristocrat*<br>*Technologies, Inc. and Omnivex Corporation* | Charles W. Saber<br>Thomas D. Anderson<br>Dickstein Shapiro LLP<br>1825 Eye Street N.W.<br>Washington, DC 20006<br>saberc@dicksteinshapiro.com<br>andersont@dicksteinshapiro.com<br>*Attorneys for AMI Entertainment Network,*<br>*Inc.* |

| | |
|---|---|
| Lawrence M. Jarvis<br>McAndrews Held & Malloy LTD.<br>500 West Madison Street, 34th floor<br>Chicago, Illinois 60661<br>ljarvis@mcandrews-ip.com<br>*Attorneys for Aristocrat Leisure Ltd. and Aristocrat Technologies, Inc.* | Frederick L. Cottrell III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlf.com<br>*Attorneys for C-nario, Inc. and C-nario, Ltd.* |
| Brian M. Berliner<br>Joy Y. Chow<br>O'Merveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA  90017<br>bberliner@omm.com<br>jchow@omm.com<br>*Attorneys for C-nario, Inc. and C-nario, Ltd.* | Gregory E. Stuhlman<br>Greenberg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br>stuhlmang@gtlaw.com<br>*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.* |
| Scott J. Bornstein<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, NY 10166<br>bornsteins@gtlaw.com<br>*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.* | David M. Joyal<br>Greenberg Traurig LLP<br>200 Park Avenue, PO Box 677<br>Florham Park, NJ 07932-0677<br>joyald@gtlaw.com<br>*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.* |
| Francis DiGiovanni<br>Chad S.C. Stover<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>fdigiovanni@cblh.com<br>cstover@cblh.com<br>*Attorneys for Barco N.V., Barco, Inc., and Barco Federal Systems, LLC* | Daniel J. O'Connor<br>Edward K. Runyan<br>Daniel A. Tallitsch<br>Baker & Mckenzie LLP<br>130 East Randolph Drive<br>Chicago, IL 60601<br>Daniel.oconnor@bakermckenzie.com<br>Edward.Runyan@Bakermckenzie.com<br>Daniel.Tallitsch@bakermckenzie.com<br>*Attorneys for Barco N.V., Barco, Inc. and Barco Federal Systems, LLC* |

| | |
|---|---|
| George Pazuniak<br>RatnerPrestia<br>1007 N. Orange Street, Suite 1000<br>Wilmington, DE 19899<br>gpazuniak@ratnerprestia.com<br>*Attorneys for D3 LED, LLC* | Antoinette M. Tease, P.L.L.C.<br>PO Box 51016<br>Billings, MT 59105<br>1633 Main St., Ste. A-348<br>toni@teaselaw.com<br>*Attorneys for D3 LED, LLC* |
| Thomas C. Grimm<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com<br>*Attorneys for E-Cast, Inc. and Stratacache, Inc.* | Matthew J. Brigham<br>Cooley LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 400<br>Palo Alto, CA 94306<br>mbrigham@cooley.com<br>*Attorneys for E-Cast, Inc.* |
| John W. Shaw<br>Jefferey T. Castellano<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>jcastellano@ycst.com<br>*Attorneys for Lamar Advertising Company and Lamar Media Corporation* | Richard Frenkel<br>Terry Kearney<br>Melissa A. Kopacz<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>rick.frenkel@lw.com<br>terry.kearney@lw.com<br>Melissa.Kopacz@lw.com<br>*Attorneys for Lamar Advertising Company and Lamar Media Corporation* |
| Julie J. Han<br>G. Ross Allen<br>Kilpatrick Townsend & Stockton LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>jhan@kilpatricktownsend.com<br>grallen@kilpatricktownsend.com<br>*Attorneys for The MediaTile Company* | Lawrence J. Crain<br>Gavin J. O'Keefe<br>Greer, Burns & Crain, Ltd.<br>300 S. Wacker Dr., Suite 2500<br>Chicago, IL 60606<br>lcrain@gbclaw.net<br>gokeefe@gbclaw.net<br>*Attorneys for Omnivex Corporation* |
| Donald E. Reid<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>dreid@mnat.com<br>*Attorneys for Planar Systems, Inc.* | Steven T. Lovett<br>Stoel Rives LLP<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR 97204<br>stlovett@stoel.com<br>*Attorneys for Planar Systems, Inc.* |

| | |
|---|---|
| Joseph H. Huston, Jr.<br>Stevens & Lee, P.C<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE  19801<br>jhh@stevenslee.com<br>*Attorneys for Premier Retail Networks, Inc.* | Richard M. Knoth<br>Michael J. Montgomery<br>Baker & Hostetler LLP<br>PNC Center<br>1900 East 9th Street, Suite 3200<br>Cleveland, OH  44114-3482<br>rknoth@bakerlaw.com<br>mmontgomery@bakerlaw.com<br>*Attorneys for Premier Retail Networks, Inc.* |
| David A. Mancino<br>Baker & Hostetler LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, OH  45202-4074<br>dmancino@bakerlaw.com<br>*Attorneys for Premier Retail Networks, Inc.* | Elizabeth M. McGeever<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street, Box 1328<br>Wilmington, DE  19899<br>emmcgeever@prickett.com<br>jcathey@prickett.com<br>*Attorneys for Richardson Electronics, Ltd.* |
| Kregg Brooks<br>Anthony Nimmo<br>Ice Miller LLP<br>200 W. Madison Street, Suite 3500<br>Chicago, IL  60606-3417<br>kregg.brooks@icemiller.com<br>Anthony.nimmo@icemiller.com<br>*Attorneys for Richardson Electronics, Ltd.* | Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE  19899-1347<br>klouden@mnat.com<br>*Attorneys for Scala, Inc.* |
| Kevin Flannery<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>kevin.flannery@dechert.com<br>*Attorneys for Scala, Inc.* | James D. Liles<br>Porter Wright Morris & Arthur LLP<br>250 East Fifth Street, Suite 2200<br>Cincinnati, OH  45202-5118<br>jliles@porterwright.com<br>*Attorneys for Stratacache, Inc.* |
| Arthur G. Connlly, III<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>aconnollyIII@cblh.com<br>*Attorneys for Tek Panel, Inc.* | Joseph J. Jacobi<br>McDonald Hopkins LLC<br>300 North LaSalle Street, Suite 2100<br>Chicago, IL  60654<br>jjacobi@mcdonaldhopkins.com<br>*Attorneys for Tek Panel, Inc.* |

Herbert W. Mondros
James E. Huggett
Margolis Edelstein
750 Shipyard Drive
Wilmington, DE 19801
jhuggett@margolisedelstein.com
hmondros@margolisedelstein.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

Neal C. Belgam
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
nbelgam@proctorheyman.com
*Attorneys for Zoom Media Corp.*

David B. Newman
Day Pitney LLP
7 Times Square
New York, New York 10036
dnewman@daypitney.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

John F. Rabena
Shahrzad Poormosleh
Sughrue Mion PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, DC 20037-3213
jrabena@sughrue.com
spoormosleh@sughrue.com
*Attorneys for Zoom Media Corp.*

By:   */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

986812/35908