# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MINKUS ELECTRONIC DISPLAY SYSTEMS INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 10-666-SLR ) ) **JURY TRIAL DEMANDED** |
| ADAPTIVE MICRO SYSTEMS LLC, et al., | ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH RESPECT TO ZOOM MEDIA CORP. WITH PREJUDICE

Plaintiff Minkus Electronic Display Systems Inc. ("Minkus") and Defendant Zoom Media Corp., through their respective counsel respectfully stipulate to the dismissal with prejudice of all claims asserted by Minkus against Zoom Media Corp. in this case. Minkus and Zoom Media Corp. also stipulate to the dismissal with prejudice of all counterclaims asserted by Zoom Media Corp. against Minkus in this case. Minkus and Zoom Media Corp. further stipulate that they shall each bear their own attorneys' fees, expenses and costs associated with the aforementioned claims.

| POTTER ANDERSON & CORROON LLP | PROCTOR HEYMAN LLP |
|---|---|
| By:  */s/ David E. Moore*<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE 19801<br>     Tel: (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com | By:  */s/ Neal C. Belgam*<br>     Neal C. Belgam (#2721)<br>     300 Delaware Avenue, Suite 200<br>     Wilmington, DE 19801<br>     nbelgam@proctorheyman.com<br><br>*Attorney for Defendant Zoom Media Corp.* |

*Attorneys for Plaintiff*
*Minkus Electronic Display Systems Inc.*

IT IS SO ORDERED this \_\_\_\_ day of _____, 2011.

_____
Hon. Sue L. Robinson
United States District Judge

1013478/35908

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 9, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 9, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Adaptive Micro Systems LLC,*<br>*Autocomm, Inc., and The MediaTile Company* | Linda E.B. Hansen<br>Rebecca J. Pirozzolo-Mellowes<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306<br>lhansen@foley.com<br>jpirozzolo-mellowes@foley.com<br>*Attorneys for Adaptive Micro Systems LLC*<br>*and Autocomm, Inc.* |
| Kenneth L. Dorsney<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>kdorsney@morrisjames.com<br>*Attorneys for AMI Entertainment Network,*<br>*Inc., Aristocrat Leisure Ltd., Aristocrat*<br>*Technologies, Inc. and Omnivex Corporation* | Charles W. Saber<br>Thomas D. Anderson<br>Dickstein Shapiro LLP<br>1825 Eye Street N.W.<br>Washington, DC 20006<br>saberc@dicksteinshapiro.com<br>andersont@dicksteinshapiro.com<br>*Attorneys for AMI Entertainment Network,*<br>*Inc.* |

| | |
|---|---|
| Lawrence M. Jarvis<br>McAndrews Held & Malloy LTD.<br>500 West Madison Street, 34th floor<br>Chicago, Illinois 60661<br>ljarvis@mcandrews-ip.com<br>*Attorneys for Aristocrat Leisure Ltd. and Aristocrat Technologies, Inc.* | Frederick L. Cottrell III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlf.com<br>*Attorneys for C-nario, Inc. and C-nario, Ltd.* |
| Brian M. Berliner<br>Joy Y. Chow<br>O'Merveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA  90017<br>bberliner@omm.com<br>jchow@omm.com<br>*Attorneys for C-nario, Inc. and C-nario, Ltd.* | Gregory E. Stuhlman<br>Greenberg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br>stuhlmang@gtlaw.com<br>*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.* |
| Scott J. Bornstein<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, NY 10166<br>bornsteins@gtlaw.com<br>*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.* | David M. Joyal<br>Greenberg Traurig LLP<br>200 Park Avenue, PO Box 677<br>Florham Park, NJ 07932-0677<br>joyald@gtlaw.com<br>*Attorneys for JCDecaux North America, Inc., Monster Media, LLC and YCD Multimedia, Inc.* |
| Francis DiGiovanni<br>Chad S.C. Stover<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>fdigiovanni@cblh.com<br>cstover@cblh.com<br>*Attorneys for Barco N.V., Barco, Inc., and Barco Federal Systems, LLC* | Daniel J. O'Connor<br>Edward K. Runyan<br>Daniel A. Tallitsch<br>Baker & Mckenzie LLP<br>130 East Randolph Drive<br>Chicago, IL 60601<br>Daniel.oconnor@bakermckenzie.com<br>Edward.Runyan@Bakermckenzie.com<br>Daniel.Tallitsch@bakermckenzie.com<br>*Attorneys for Barco N.V., Barco, Inc. and Barco Federal Systems, LLC* |

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899-1347
tgrimm@mnat.com
*Attorneys for E-Cast, Inc. and Stratacache, Inc.*

Matthew J. Brigham
Cooley LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA  94306
mbrigham@cooley.com
*Attorneys for E-Cast, Inc.*

John W. Shaw
Jefferey T. Castellano
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
jshaw@ycst.com
jcastellano@ycst.com
*Attorneys for Lamar Advertising Company and Lamar Media Corporation*

Richard Frenkel
Terry Kearney
Melissa A. Kopacz
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
rick.frenkel@lw.com
terry.kearney@lw.com
Melissa.Kopacz@lw.com
*Attorneys for Lamar Advertising Company and Lamar Media Corporation*

Julie J. Han
G. Ross Allen
Kilpatrick Townsend & Stockton LLP
379 Lytton Avenue
Palo Alto, CA  94301-1431
jhan@kilpatricktownsend.com
grallen@kilpatricktownsend.com
*Attorneys for The MediaTile Company*

Lawrence J. Crain
Gavin J. O'Keefe
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr., Suite 2500
Chicago, IL  60606
lcrain@gbclaw.net
gokeefe@gbclaw.net
*Attorneys for Omnivex Corporation*

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
dreid@mnat.com
*Attorneys for Planar Systems, Inc.*

Steven T. Lovett
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
stlovett@stoel.com
*Attorneys for Planar Systems, Inc.*

Joseph H. Huston, Jr.
Stevens & Lee, P.C
1105 N. Market Street, 7th Floor
Wilmington, DE  19801
jhh@stevenslee.com
*Attorneys for Premier Retail Networks, Inc.*

Richard M. Knoth
Michael J. Montgomery
Baker & Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH  44114-3482
rknoth@bakerlaw.com
mmontgomery@bakerlaw.com
*Attorneys for Premier Retail Networks, Inc.*

David A. Mancino
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH  45202-4074
dmancino@bakerlaw.com
*Attorneys for Premier Retail Networks, Inc.*

Kregg Brooks
Anthony Nimmo
Ice Miller LLP
200 W. Madison Street, Suite 3500
Chicago, IL  60606-3417
kregg.brooks@icemiller.com
Anthony.nimmo@icemiller.com
*Attorneys for Richardson Electronics, Ltd.*

Kevin Flannery
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
kevin.flannery@dechert.com
*Attorneys for Scala, Inc.*

Arthur G. Connlly, III
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19899
aconnollyIII@cblh.com
*Attorneys for Tek Panel, Inc.*

Herbert W. Mondros
James E. Huggett
Margolis Edelstein
750 Shipyard Drive
Wilmington, DE  19801
jhuggett@margolisedelstein.com
hmondros@margolisedelstein.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

Elizabeth M. McGeever
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE  19899
emmcgeever@prickett.com
jcathey@prickett.com
*Attorneys for Richardson Electronics, Ltd.*

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899-1347
klouden@mnat.com
*Attorneys for Scala, Inc.*

James D. Liles
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH  45202-5118
jliles@porterwright.com
*Attorneys for Stratacache, Inc.*

Joseph J. Jacobi
McDonald Hopkins LLC
300 North LaSalle Street, Suite 2100
Chicago, IL  60654
jjacobi@mcdonaldhopkins.com
*Attorneys for Tek Panel, Inc.*

David B. Newman
Day Pitney LLP
7 Times Square
New York, New York 10036
dnewman@daypitney.com
*Attorneys for Trans-Lux Commercial, Trans-Lux Corporation and Trans-Lux Midwest Corp.*

Neal C. Belgam
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
nbelgam@proctorheyman.com
*Attorneys for Zoom Media Corp.*

John F. Rabena
Shahrzad Poormosleh
Sughrue Mion PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, DC  20037-3213
jrabena@sughrue.com
spoormosleh@sughrue.com
*Attorneys for Zoom Media Corp.*

By:   */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

986812/35908